AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>James Case<br><br>*Defendant(s)* | Case No.<br>4:18mj16-CAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/5/2017 to 1/17/18__ in the county of __Leon__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846 | Conspiracy to Distribute 500 grams or more of a mixture and susbtance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit of Jeffrey Watson, incorporated fully herein

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Watson, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/18/2018 at 5:35 pm

City and state: Tallahassee, Florida

*Judge's signature*

Charles A. Stampelos, US Magistrate Judge
*Printed name and title*